No. 752. Guziak v. Federal Trade Commission. C. A. 8th Cir. Certiorari denied. *Harry E. McDermott, Jr.,* for petitioner. *Solicitor General Marshall* and *James McI. Henderson* for respondent.

No. 761. Littell v. Udall, Secretary of the Interior. C. A. D. C. Cir. Certiorari denied. *Frederick Bernays Wiener* for petitioner. *Solicitor General Marshall, Assistant Attorney General Weisl, Roger P. Marquis* and *Herbert Pittle* for respondent.

No. 764. Burr Oaks Corp. et al. v. Commissioner of Internal Revenue. C. A. 7th Cir. Certiorari denied. *Gerald J. Kahn* for petitioners. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Gilbert E. Andrews* for respondent.

No. 765. Humble Oil & Refining Co. v. Standard Oil Co. (Kentucky). C. A. 5th Cir. Certiorari denied. *Arthur H. Dean, David W. Peck, Roy H. Steyer* and *Edward W. Keane* for petitioner. *Francis R. Kirkham, James B. Atkin* and *Beverly W. Pattishall* for respondent.

No. 769. Chervy et ux. v. Peninsular & Oriental Steam Navigation Co., Ltd. C. A. 9th Cir. Certiorari denied. *Gerald G. Kelly* for petitioners. *Francis L. Tetreault* for respondent.

No. 830. Grace Line, Inc., et al. v. Kanton. C. A. 9th Cir. Certiorari denied. *Edward S. Franklin* for petitioners. *Sam L. Levinson* for respondent.